AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

## APPEARANCE

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Raymond Asselin Jr

for arraignment purposes only

Date   7/12/04

Signature

Print Name   Thomas Lesser

Address   39 Main St

City   Northampton   State   MA   Zip Code   01060

Phone Number