UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Criminal No. 04-300 - |
| ) | |
| RAYMOND ASSELIN, JR.      ) | |
| ) | |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of defendant **Raymond Asselin, Jr.** in the above-entitled matter.

Respectfully submitted
By her attorney,

_____
Joseph Balliro, Sr., Esq.
99 Summer Street
Suite 1800
Boston, MA 02110
(617) 737-8442
B.B.O. No. 028000

## CERTIFICATE OF SERVICE

I, Joseph Balliro, Sr., hereby certify that on this 10th day of August, 2004, I have served a true copy of my **Notice Of Appearance** upon William Welch, Esq., Assistant United States Attorney, Office of the United States Attorney, 1550 Main Street, Room 310, Springfield, MA 01103 by delivering same by pre-paid first class mail.

_____
Joseph Balliro, Sr.