UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
UNITED STATES OF AMERICA,　　　　　　Cr. No.: 3:04-cr-30033-MAP-8
　　　　Plaintiff

　　　　V.

RAYMOND ASSELIN, JR.
　　　　Defendant
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT RAYMOND ASSELIN, JR.'S EMERGENCY MOTION TO ENLARGE CONDITIONS OF BAIL TO PERMIT OUT-OF-STATE TRAVEL**

Now comes the defendant Raymond Asselin, Jr. and moves that this Honorable Court enlarge his conditions of bail to permit him to travel by cruise ship for vacation. Mr. Asselin seeks enlargement of his conditions of release on an emergency basis because he must forward payment for his travel by Saturday, December 31, 2005 for the cruise departing on Thursday, February 19, 2006.

If the Court will permit his travel, the defendant will leave Boston on the cruise ship "Mariner of the Seas", Royal Caribbean Cruise Lines on Thursday, February 19, 2006. Mr. Asselin will return via that same ship on Thursday, February 26, 2006. He will travel with Ms. Robin Leslie, 386 Irene Street, Chicopee, Massachusetts. Mr. Asselin, Jr., will be available by cell phone during the cruise at (413) 262-4334.

          Respectfully Submitted,
          Raymond Asselin, Jr.
          By his counsel,


          <u>//Joseph J. Balliro//</u>
          Joseph J. Balliro, Esquire
          Balliro & Mondano
          99 Summer Street
          Suite 1800
          Boston, Massachusetts 02110
          (617) 737-8442

December 28, 2005