UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CR-N-04-30033-MAP |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **RAYMOND ASSELIN, JR.** ) | |
| ) | |
| **Defendant.** ) | |

## GOVERNMENT'S MOTION TO DISMISS REMAINING COUNTS

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Steven H. Breslow, Assistant United States Attorney, hereby files this Motion To Dismiss The Remaining Counts In The Second Superseding Indictment Against Raymond Asselin, Jr.

1.   On August 30, 2006, the defendant pleaded guilty pursuant to a plea agreement to the following Counts of the Second Superseding Indictment (the "Indictment"):  Counts 3, 85, 86, and 104.

2.   On November 30, 2006, the defendant was duly sentenced by this Court.

3.   Counts 8, 9, 10, 29, 32, 74, 87, 88, 89, and 103 of the Indictment remain pending.

4.  Consequently, the government respectfully moves to dismiss Counts 8, 9, 10, 29, 32, 74, 87, 88, 89, and 103 of the Indictment.

Filed this 30th day of November, 2006.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney


          /s/ Steven H. Breslow
        STEVEN H. BRESLOW
        Assistant United States Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                              Springfield, Massachusetts
                                          November 30, 2006

    I, Steven H. Breslow, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by electronically filing and mailing said motion to:

Joseph Balliro, Esq.
99 Summer Street, Suite 1800
Boston, MA 02110
Counsel for defendant Raymond Asselin, Jr.


                                       /s/ Steven H. Breslow
                                       STEVEN H. BRESLOW
                                       Assistant United States Attorney