```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )   CR-N-04-30033-MAP
                               )
            Plaintiff,         )
                               )
       vs.                     )
                               )
RAYMOND ASSELIN, JR.           )
                               )
            Defendant.         )
```

**GOVERNMENT'S MOTION TO AMEND THE JUDGMENT OF CONVICTION,
WITH THE ASSENT OF DEFENSE COUNSEL**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Steven H. Breslow, Assistant United States Attorney, hereby files this Motion To Amend The Judgment Of Conviction for Raymond Asselin, Jr.

    1.  On August 30, 2006, the defendant pleaded guilty pursuant to a plea agreement to the following Counts of the Second Superseding Indictment (the "Indictment"): Counts 3, 85, 86, and 104.

    2.  On November 30, 2006, the defendant was duly sentenced by this Court.

    3.  The defendant's sentence included the payment of a $30,000 fine within thirty days of the imposition of sentence.

    4.  The government respectfully moves the Court to amend the Judgment of Conviction to provide that the defendant's fine shall be

paid no later than the earliest of the following two periods: (a) within one year of the imposition of sentence or (b) within two weeks of the payment of $500,000.00 of restitution by any defendant(s) in Criminal Case No. 04-30033-MAP; with all interest on that fine waived during the pertinent period.  See 18 U.S.C. § 3612(c) (providing sequence of disbursement of money paid by defendant).  I have spoken with Joseph Balliro, Jr., counsel for Raymond Asselin, Jr., who assents to the instant Motion.

    Filed this 1st day of December, 2006.

                                     Respectfully submitted,

                                     MICHAEL J. SULLIVAN
                                   United States Attorney


                                     /s/ Steven H. Breslow
                                   STEVEN H. BRESLOW
                                   Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

Hampden, ss.                                Springfield, Massachusetts
                                            December 1, 2006


    I, Steven H. Breslow, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by electronically filing said motion to:

Joseph Balliro, Esq.
99 Summer Street, Suite 1800
Boston, MA 02110
Counsel for defendant Raymond Asselin, Jr.


                                                /s/ Steven H. Breslow
                                               STEVEN H. BRESLOW
                                               Assistant United States Attorney