UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,                Docket Number: 04-30033-MAP
        Plaintiff

V.

RAYMOND ASSELIN, JR.
        Defendant
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR ORDER TO REMIT $30,000.000 FEDERAL FINE**

    Now comes Raymond Asselin, Jr. and respectfully requests this Honorable Court enter an order remitting the Thirty Thousand ($30,000.00) Dollar fine imposed as part of the judgment in his case.

    As reasons therefore, Mr. Asselin, Jr., states the following:

1.    On November 30, 2006, this Court sentenced Mr. Asselin, Jr. to 14 months imprisonment, Five Hundred Thousand ($500,000.00) Dollars in restitution to be paid joint and severally, and a fine of Thirty Thousand ($30,000.00) Dollars.

2.    This Court entered the order of restitution acknowledging and under the assumption that the global plea agreement among defendants would result in Mr. Asselin, Jr. not having to contribute to that restitution order.

3.    This Court ordered Mr. Asselin, Jr. to pay the Thirty Thousand ($30,000.00) Dollar fine within ninety (90) days of sentencing.

    Please See attached transcript excerpts of the sentencing hearing for Raymond Asselin, Jr., November 30, 2006.

4.    On or about December 14, 2006 Mr. Asselin drafted and caused to be mailed a check

in the amount of Thirty Thousand ($30,000.00) dollars payable to "Clerk, U.S. District Court" and marked the memo portion of the draft "Federal Fine". The check was negotiated on December 21, 2006. (See attached)

5. Upon information and belief money received at the Clerk's Office and payable on a criminal judgment is first credited to special assessments, secondly to restitution, and thirdly to fines.

6. The Thirty Thousand ($30,000.00) dollar was credited toward the Five Hundred Thousand ($500,000.00) Dollar restitution imposed joint and severally in this case.

7. Upon information and belief as of the date of this writing, restitution has been paid, at the least, in the amount of $500,000.00.

8. Upon information and belief there is no mechanism that would permit the application of money credited toward restitution and paid to the Springfield Housing Authority to be remitted and applied to the fine.

WHEREFORE, Mr. Asselin, Jr. requests that this Honorable Court remit the federal fine or enter an order that it has been satisfied.

    Respectfully Submitted,
    Raymond Asselin, Jr.
    By His Counsel,

    //Joseph J. Balliro, Jr.//
    Joseph J. Balliro, Jr., Esquire
    Balliro & Mondano
    99 Summer Street, Suite 1800
    Boston, Massachusetts 02110
    (617) 737-8442
    BBO#550194

Date: May 2, 2008