UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

```
UNITED STATES            *    Docket No. 04-30033-MAP

VS.                      *    Springfield, MA

RAYMOND ASSELIN, JR.     *    November 30, 2006

  *    *    *    *    *       2:08 p.m.
```

TRANSCRIPT OF THE HEARING HELD BEFORE
THE HONORABLE MICHAEL A. PONSOR,
UNITED STATES DISTRICT COURT JUDGE.

APPEARANCES:

For the Plaintiff: STEVEN H. BRESLOW, Assistant U.S. Attorney, 1550 Main Street, Springfield, Massachusetts 01103, representing the Government.

For the Defendant: JOSEPH BALLIRO, SR., Balliro & Mondano, 99 Summer Street, Suite 1800, Boston, Massachusetts 02110, representing the Defendant.

Sarah L. Mubarek
Registered Professional Reporter

959 MAIN
4TH FLOOR STREET      **PHILBI- ASSOCIATES, INC.**      (413) 733
SPRINGFIELD, MA 01103   FAX: (413) 734-4588              Pittsfield: (413) 499-22²3⁸1

Serving the legal community of Massachusetts since 1947

1               So let me read the sentence into the record
2      specifically. It is as follows. Pursuant the Sentencing
3      Reform Act of 1984, and having considered the factors
4      enumerated 18 U.S. Code §3553(a), it is my judgment
5      that the defendant, Raymond Asselin Junior, be
6      committed to the custody of the Bureau of Prisons to be
7      imprisoned for a term of 14 months. This term consists
8      of terms of 14 months on all counts to be served
9      concurrently.
10              Upon release from imprisonment,
11     M   Asselin shall be placed on supervised release for
12      term of three years. This term consists of terms of
13     three years on all counts, all such terms to run
14     concurrently. Within 72 hours of release from custody
15     of the Bureau of Prisons, the defendant shall report in
16     person to the district to which he is released.
17              With regard to restitution, I'm going to
18     make the same order I did with James Asselin and with
19     the same assumption. I'm going to order that the
20     defendant make restitution to the Springfield Housing
21     Authority in the amount of $500,000. This restitution
22     shall be paid by the defendant jointly and severally
23     with any other persons convicted in the incident offense
24     who is or may be ordered to pay
25

1    restitution in this matter.
2              I make this restitution order with the
3    understanding and upon the assumption that the global
4    plea agreement here will result in the defendant not
5    having to contribute towards this $500,000 because
6    the property and monies being forfeited by Raymond
7    Asselin Senior, Arthur Sotirion and perhaps other
8    coconspirators, I can't remember -
9              MR. BRESLOW: Joseph Asselin, your
10   Honor, and Christopher Asselin.
11             THE COURT: -- Joseph Asselin and
12   Christopher Asselin, will by agreement with the
13   government fully satisfy.the restitution obligations
14   of all the defendants in this case. But I think some
15   formal order of restitution is appropriate, even
16   though it is joint and several, and even though I
17   believe that the restitution of the coconspirators
18   will quickly exceed the $500,000, and to that extent
19   let the defendant off the hook.
20             The restitution shall be paid, if and as
21   needed, according to a court ordered repayment
22   schedule, and any checks with the restitution shall
23   be made to the clerk for the U.S. District Court for
24   transfer to the victims. The defendant will notify
25   the United States Attorney for this district within

```
 1    30 days of any change of mailing or residence address
 2    that occurs while any portion of the restitution 3
      remains unpaid.
 4              I am also going to impose a fine in this
 5    case. I believe the defendant has the means for a
 6    fine, and I'm going to set the fine at the maximum of
 7    $30,000. That is $7,000 on Count Three of the
 8    superseding indictment, $7,000 on Count 85 of the
 9    superseding indictment, $7,000 on Count 86 of the
10    superseding indictment, and $9,000 on Count 104 of
11    the superseding indictment. I'm going to order that
12    the fine be paid in a lump sum within 90 days of this
13    sentencing. That's a $30,000 fine, and I expect that
14    that fine will be paid within 90 days. If there is
15    any change in the defendant's mailing address, the
16    U.S. Attorney will be notified if any portion of the 17
      fine remains unpaid.
18              While on supervised release, Mr. Asselin
19    will comply with the following terms and conditions.
20    First, he shall not commit any other federal, state
21    or local crime. Next, he shall refrain from any
22    unlawful use of a controlled substance. He shall
23    submit to one drug test within 15 days of his release
24    from imprisonment, and at least two periodic drug
25    tests thereafter, not to exceed 104 tests per year,
```

if and as directed by the Probation Office. The defendant shall also submit to a collection of a DNA sample, which is automatic now. The defendant shall comply with the standard conditions that have been adopted by the Court, and which are set forth at §5D1.3(c) of the Sentencing Guidelines and which will be set forth in detail in the written judgment. Further, the defendant is prohibited from possessing any firearm, destructive device or dangerous weapon.

The defendant is prohibited from incurring any new credit charges or opening any additional lines of credit without the approval of the Probation Office while any of the restitution or fine obligations remain outstanding. The defendant is to provide the Probation Office access to any requested financial information, and that information may be shared with the financial litigation unit of the U.S. Attorney's office.

Further, the defendant will pay a special assessment of $400. That is automatic, $100 per count. Each defendant pays that, and it goes into a fund to compensate the victims of crime. That $400 is due immediately.

      The defendant will be permitted to1self-report to the facility designated by the Bureau

2   of Prisons by January 5th of 2007. I believe that
3   will give the Bureau of Prisons sufficient time to
4   designate a facility, and I'll permit the defendant
5   to self-report to that facility.
6          Mr. Asselin, you have a right to appeal
7   this sentence. The fact that you have pled guilty
8   does not necessarily deprive you of the right to
9   appeal. Your appeal rights may have been somewhat
10  limited by the global plea agreement in this case,
11  but they are never entirely extinguished. If you
12  wish to prosecute an appeal and cannot afford an
13  attorney to assist you with that, one will be
14  appointed who will represent you and be paid out of
15  public funds. Mr. Balliro.
16          MR. BALLIRO: Would your Honor
17  consider a recommendation to a particular
18  institution?
19          THE COURT: Yes, I would, very much.
20          MR. BALLIRO: I would ask the Court to
21  recommend Fort Devens, your Honor.
22          THE COURT: I will make that
23  recommendation. I have done that in the past, and I
24  do make the recommendation. I would like that to be
25  included in the judgment.