UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Docket No. 04-30033-MAP |
| | ) | |
| RAYMOND ASSELIN, JR., | ) | |
| Defendant. | ) | |

RESPONSE OF THE UNITED STATES OF AMERICA TO
DEFENDANT'S MOTION TO REMIT $30,000 FEDERAL FINE

The United States of America respectfully requests that this Court deny Defendant's motion to remit his criminal fine as 18 U.S.C. § 3573 provides only the Government the authority to petition the Court to remit a fine and only where the fine is uncollectible. The facts alleged in Defendant's motion, however, are correct. As ordered by the Court, Defendant paid thirty thousand dollars ($30,000) to the Clerk's Office to be applied to Defendant's outstanding criminal fine. Pursuant to 18 U.S.C. § 3612 (c), the Clerk's Office applied the thirty thousand dollar ($30,000) payment to Defendant's outstanding criminal restitution for which Defendant was jointly and severally liable. It does not appear from the transcript that it was the Court's intention that the Clerk's Office apply Defendant's payment to restitution as the restitution orders for the other defendants, who were jointly and severally liable for the restitution with Defendant, identify specific property that is to be sold and the proceeds turned over to the victim. These specific items have been turned over and sold and the amount collected is greater than the five-hundred thousand dollar ($500,000) order of restitution issued against Defendant.

Consequently, in the interests of justice, the United States of America respectfully

requests that this Court, pursuant to its powers under 28 U.S.C. § 1651, issue an order deeming Defendant's criminal fine of thirty thousand dollars ($30,000) satisfied.

                                              Respectfully submitted,

                                              UNITED STATES OF AMERICA
                                              By its attorney,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

Dated: May 9, 2008                        /S/ Christopher R. Donato
                                              Christopher R. Donato
                                              Assistant U.S. Attorney
                                              U.S. Attorney's Office
                                              John Joseph Moakley Courthouse
                                              1 Courthouse Way, Suite 9200
                                              Boston, MA 02210
                                              (617) 748-3303

## CERTIFICATE OF SERVICE

I hereby certify that the above-document was filed through the ECF system electronically to any registered participants and a paper copy was sent by mail to those indicated as non-registered participants.

Dated: May 9, 2008                      /S/ Christopher R. Donato
                                              Christopher R. Donato
                                              Assistant U.S. Attorney