UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 04-CR-30033-MAP |
| | ) |
| RAYMOND ASSELIN, JR., | ) |
| Defendant | ) |

MEMORANDUM AND ORDER
REGARDING MOTION FOR ORDER TO REMIT
$30,000 FEDERAL FINE
(Dkt. No. 484)

May 28, 2008

PONSOR, D.J.

On or about December 13, 2006, Defendant Raymond Asselin, Jr. submitted a check to the court in the amount of $30,000.00, with the understanding that it would be credited towards the fine imposed in that amount. However, pursuant to 18 U.S.C. § 3612(c), the Clerk applied this payment to Defendant's outstanding criminal restitution. Restitution in this case has already been satisfied by the forfeiture of real estate, cash and other items in an amount exceeding the restitution ordered to Raymond Asselin, Jr.

Based upon this, Defendant has filed a motion to remit his fine. As the government points out, however, Defendant is not in a position to request that his fine be remitted. On

the other hand, the government agrees that the original $30,000.00 payment satisfied any obligation Defendant had to pay a fine.

Based upon the foregoing, the court hereby DENIES Defendant's motion for an order to remit the fine (Dkt. No. 484). However, pursuant to 28 U.S.C. § 1651, the court hereby orders that Defendant's criminal fine of $30,000.00 be deemed satisfied. This resolution of the issue is satisfactory to the government and accomplishes what Defendant was seeking through the Motion to Remit.

It is So Ordered.

/s/ Michael A. Ponsor
_____
MICHAEL A. PONSOR
United States District Judge